Cleve GALE; Alex Gates, Bankruptcy Trustee, Plaintiffs–Appellees

v.

TOWN OF COMO, MISSISSIPPI, Defendant–Appellant.

No. 12–60487.

United States Court of Appeals, Fifth Circuit.

June 13, 2013.

Jim D. Waide, III, Esq., Ronnie Lee Woodruff, Esq., Waide & Associates, P.A., Tupelo, MS, for Plaintiffs–Appellees.

Alex Gates, Sumner, MS, pro se.

Gary Erwin Friedman, Esq., William Brett Harvey, Phelps Dunbar, L.L.P., Jackson, MS, for Defendant–Appellant.

Before HIGGINBOTHAM, OWEN, and GRAVES, Circuit Judges.

PER CURIAM: *

For the reasons articulated in the district court's denial of Defendant–Appellant's motion for judgment as a matter of law, remittitur, or a new trial, we AFFIRM. *See* 5TH CIR. R. 47.6.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.